UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Randall                                               Civil Action No. 18-01196

versus                                                Judge Michael J Juneau

Bob et al                                             Magistrate Judge Carol B Whitehurst

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [Rec. Doc 46] and after an independent review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss pursuant to Rule 12(b)(2) filed by defendant, Tennessee Farmers Mutual Insurance Company, [Rec. Doc. 36] is **GRANTED** dismissing the claims against Tennessee Farmers Mutual Insurance Company without prejudice.

**IT IS FURTHER ORDERED** that the hearing set for November 21, 2019 regarding the objections to the Report and Recommendations, Rec. Doc. [46], [47], and Motion to Amend/Correct Objections to Report and Recommendations, Rec. Doc. [52], be and is **HEREBY CANCELLED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of October, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE